FIFTH AVENUE BANK OF NEW YORK et al., as Trustees under the Will of WILLIAM J. DANIEL, Deceased, Appellants and Respondents, *v.* EDGERTON PARK COMPANY, INC., et al., Defendants, and IRENE C. McCORMACK et al., as Executors and Trustees under the Will of PHILIP J. CURRY, Deceased, Respondents and Appellants.

Argued March 19, 1942; decided April 23, 1942.

*Henry A. Ingraham, Abram I. Elkus* and *Sidney J. Norton* for plaintiffs, appellants and respondents.

*Joseph M. Hartfield* and *Adrian D. Stevenson* for defendants, respondents and appellants.

Judgment of Appellate Division reversed and that of the Special Term affirmed, without costs, on the ground that the weight of evidence lies with the finding of the Special Term. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY and LEWIS, JJ. Dissenting: CONWAY and DESMOND, JJ.